**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILBERT JENKINS, | ) NO. CV 07-6628-DMG (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JAMES A. YATES, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 12, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE